IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08-CV-00583-W

WACHOVIA FINANCIAL SERVICES, INC.
And WILMINGTON TRUST COMPANY,

      Plaintiffs,

-vs-

SOUTHWEST AIRLINES COMPANY,

      Defendant.

ORDER GRANTING MOTION
TO ADMIT
COUNSEL PRO HAC VICE

**THIS MATTER** is before the Court on the Defendant's "Motion[s] to Admit Counsel [Oliver Haker, Mark S. Cohen, and Brett D. Jaffe] Pro Hac Vice"(documents ##7-9) filed January 9, 2009. For the reasons set forth therein, the Motions will be **GRANTED**.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

    **SO ORDERED**.

          Signed: January 9, 2009

          *Carl Horn, III*
          ―――――――――――――
          Carl Horn, III
          United States Magistrate Judge